1058

No. 96–704. PATTERSON ET AL. *v.* CITY OF LINCOLN. Sup. Ct. Neb. Certiorari denied.

No. 96–709. KAUBLE ET AL. *v.* UNION EMPLOYEE DISCRETIONARY TRUST. C. A. 7th Cir. Certiorari denied.

No. 96–717. CONFERENCE OF AFRICAN UNION FIRST COLORED METHODIST PROTESTANT CHURCH *v.* SCOTTS AFRICAN UNION METHODIST PROTESTANT CHURCH. C. A. 3d Cir. Certiorari denied.

No. 96–719. PATTERSON ET AL. *v.* DISTRICT OF COLUMBIA ET AL. Ct. App. D. C. Certiorari denied.

No. 96–724. NATIONALIST MOVEMENT *v.* CITY OF CUMMING. C. A. 11th Cir. Certiorari denied.

No. 96–729. BOWDEN *v.* PUBLIC BUILDING COMMISSION OF CHICAGO. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 96–735. WRIGHT *v.* CARTER, ATTORNEY GENERAL OF INDIANA, ET AL. C. A. 7th Cir. Certiorari denied.

No. 96–736. ROSADO ET AL. *v.* CURTIS ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–739. LAWSON ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 96–754. JENSEN *v.* CALIFORNIA BOARD OF PSYCHOLOGY. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 96–759. MURRAY, DBA AMERICA SPEAKS *v.* CABLE NATIONAL BROADCASTING CO., DBA AMERICA'S TALKING. C. A. 9th Cir. Certiorari denied.

No. 96–767. GRAY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–780. RUDE ET AL. *v.* UNITED STATES; and
No. 96–6818. MEW *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: 88 F. 3d 1538.